DAVIDSON, Judge.

This is a conviction for drunken driving with punishment assessed at a fine of $50 and three days in jail.

As we understand this record, the holding and conclusion expressed in Salazar v. State, Tex.Cr.App., 275 S.W.2d 112, are applicable and controlling here.

For the reasons there assigned, the judgment is affirmed.

PER CURIAM.

The offense is the unlawful possession of beer for the purpose of sale in a dry area; the punishment, 20 days in jail and a fine of $150.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

Herman CHOICE, Appellant,

v.

The STATE of Texas, Appellee.

No. 27294.

Court of Criminal Appeals of Texas.

Jan. 5, 1955.

Raymond L. HAYNIE, Appellant,

v.

The STATE of Texas, Appellee.

No. 27397.

Court of Criminal Appeals of Texas.

Feb. 2, 1955.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.